United States District Court
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    RAZIAH RAZAGHI,

10           Plaintiff,                          No. C 10-04306 JSW

11    v.

12   GENERAL ELECTRIC COMPANY and        **ORDER VACATING HEARING**
     DOES 1 through 200,                  **ON PLAINTIFF'S MOTION TO**
13                                        **REMAND**
             Defendants.
14   _____/

15

16           This matter is set for a hearing on Plaintiff's Motion to Remand on January 7, 2011.

17   The Court finds the matter suitable for disposition without oral argument and HEREBY

18   VACATES the hearing.  *See* N.D. Civ. L.R. 7-1(b).  A written ruling on the motion shall issue

19   in due course.

20

21           **IT IS SO ORDERED.**

22

23   Dated: January 5, 2011                    _____
                                               JEFFREY S. WHITE
24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28